IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

LARRY E. SCOTT,

      Plaintiff,

v.                                    No. 05-2055-BP

ASSOCIATED HEALTHCARE
SYSTEMS, INC., JIM MARSHALL,
and RON TURNER,

      Defendants.

---

**ORDER GRANTING DEFENDANT ASSOCIATED HEALTHCARE SYSTEM INC.'S MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS COUNT TWO OF AMENDED COMPLAINT**

---

Before the Court is Defendant Associated Healthcare System Inc.'s ("AHS") Motion to File Surreply to Plaintiff Larry Scott's Response to AHS's Motion to Dismiss Count Two of Amended Complaint ("Motion to File Surreply"). For good cause shown, AHS's Motion to File Surreply is hereby granted. It is hereby ORDERED, ADJUDGED, and DECREED that AHS's Surreply, which is attached as Exhibit A to AHS's Motion to File Surreply, be filed with the Court.

Date: 5/11/05

_____
Judge J. Daniel Breen

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02055 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Barry W. Kuhn
OLSEN & KUHN
5100 Stage Road
Suite 4
Memphis, TN 38134

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Georgia A. Robinette
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT