IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED 05 MAY 16 PM 3: 27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

LARRY E. SCOTT,

    Plaintiff,

v.                                              No. 05-2055-BP

ASSOCIATED HEALTHCARE
SYSTEMS, INC., JIM MARSHALL,
and RON TURNER,

    Defendants.

## SCHEDULING ORDER

Pursuant to the parties Rule 26(f) Planning Report, the following dates were established as the final dates for:

1.    <u>Initial Disclosures</u>. Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff counsel submitted to Defendant counsel Plaintiff's documents at the 19 April 2005 Rule 26(f) Planning Meeting and supplemented that production with Plaintiff's Rule 26 Initial Disclosures served on Defendant counsel 3 May 2005, within 14 days after the Rule 26(f) meeting. Also, on 3 May 2005, Defendant counsel served Plaintiff counsel with Defendant's Rule 26 Initial Disclosures and documents.

2.    <u>Joining Parties</u>. The parties shall be allowed until 26 July 2005 to join additional parties.

3.    <u>Amending Pleadings</u>. The parties shall be allowed until 26 July 2005 to move the Court for leave to amend the pleadings.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-17-05



4.  Initial Motions to Dismiss. The parties shall file initial Motions to Dismiss by 26 August 2005.

5.  Discovery Plan. The parties established the following discovery plan:

    a.  All discovery shall be completed by 16 December 2005;

    b.  The parties acknowledge that all written discovery should be served on opposing counsel sufficiently in advance of the discovery cutoff date so that the due date for response under the Federal Rules of Civil Procedure is no later than 16 December 2005.

    c.  Plaintiff will disclose Rule 26(a)(2) expert witness information by 14 October 2005; Defendant will disclose expert witness information by 14 November 2005;

    d.  The parties have until the discovery deadline date of 16 December 2005 to complete depositions, including expert witness depositions.

6.  Dispositive Motions. All dispositive motions shall be filed by 16 February 2006.

7.  Trial. The parties anticipate that this jury trial should last 3 days.

8.  Alternate Dispute Resolution. Although the parties acknowledge that a settlement conference may be beneficial to possibly resolving this matter, such settlement conference would most likely be effective if conducted after the discovery deadline.

9.  Other Relevant Matters. No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the Magistrate Judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

HONORABLE TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Date: 5/16/05

APPROVED FOR ENTRY:

OLSEN, KUHN & MOORE

By: _____
Barry W. Kuhn            #7638    with permission
5100 Stage Road, Suite 4
Memphis, TN 38134-3164
Tel.:  (901) 377-0344

Attorneys for Plaintiff

3

FARRIS MATHEWS BRANAN BOBANGO
HELLEN & DUNLAP PLC

By: _____
Eugene Stone Forrester, Jr.   #10446
Georgia Robinette   #18866
One Commerce Square, Suite 2000
Memphis, TN 38103
Tel.:   (901) 259-7100

Attorneys for Defendants

G:\DATA\Esf\ASSOCIATED HEALTHCARE\SCOTT, LARRY\Scheduling Order.wpd

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02055 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Georgia A. Robinette
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Barry W. Kuhn
OLSEN & KUHN
5100 Stage Road
Suite 4
Memphis, TN 38134

Honorable J. Breen
US DISTRICT COURT