IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| LARRY E. SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. 05-2055-B/P |
| | ) | |
| ASSOCIATED HEALTHCARE SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING PARTIES TO ENGAGE IN MEDIATION

On November 17, 2005, the parties appeared before the court for a status conference. At the conference, the parties agreed that mediation is appropriate in this case. The parties are hereby ordered to engage in mediation prior to the close of discovery.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

November 29, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02055 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Georgia A. Robinette
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Barry W. Kuhn
OLSEN & KUHN
5100 Stage Road
Suite 4
Memphis, TN 38134

Honorable J. Breen
US DISTRICT COURT