IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LARRY E. SCOTT, | ) |
| Plaintiff, | ) |
| vs. | ) Civ. No. 05-2055-B/P |
| ASSOCIATED HEALTHCARE SYSTEMS, INC., et al., | ) |
| Defendants. | ) |

## AMENDED SCHEDULING ORDER

On November 17, 2005, the parties appeared before the court for a status conference. At that time, the plaintiff moved the court to amend the scheduling order. For good cause shown, the motion is GRANTED. The scheduling order is amended as follows:

**COMPLETING ALL DISCOVERY**: January 16, 2006

**FILING DISPOSITIVE MOTIONS**: March 16, 2006

The dates previously set for the proposed joint pretrial order, pretrial conference, and jury trial, shall remain the same.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

November 29, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CV-02055 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Georgia A. Robinette
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Barry W. Kuhn
OLSEN & KUHN
5100 Stage Road
Suite 4
Memphis, TN 38134

Honorable J. Breen
US DISTRICT COURT